E-FILED
AUG 18 2016
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GATE GOURMET, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-09565-PSG-KK<br><br>[PROPOSED] JUDGMENT<br><br>Courtroom: 880<br>Judge:      Hon. Philip S. Gutierrez<br><br>Action Filed:      November 6, 2015<br>Action Removed:  December 11, 2015<br>Trial Date:         Not Set |

On August 10, 2016, the Court issued an Order at ECF Dkt. No 28 granting in whole Defendant' Gate Gourmet, Inc.'s Motion to Dismiss Plaintiff Sylvia Martinez's First Amended Complaint. For the reasons set forth in that Order, Plaintiff's First Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND** and the action is **DISMISSED WITH PREJUDICE.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered for Defendant Gate Gourmet, Inc. and against Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing from Defendant Gate Gourmet, Inc. and that Defendant Gate Gourmet, Inc. shall recover, from Plaintiff, costs in accordance with Federal Rules of Civil Procedure 54(d) and Local Rule 54-1 *et seq.*

**IT IS SO ORDERED.**

Dated: 8/18, 2016

_____
Hon. Philip S. Gutierrez